# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Kenneth Robert Spring                             Docket No. 5:00-CR-168-1F

### Petition for Action on Supervised Release

COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenneth Robert Spring, who, upon an earlier plea of guilty to 18 U.S.C. § 115 (a)(1)(A), Threatening to Murder Members of the Immediate Family of a Federal Law Enforcement Officer; 18 U.S.C. 115 (a)(1)(B), Threatening to Murder a Federal Law Enforcement Officer; and 18 U.S.C. § 115(a)(1)(B), Threatening to Murder a United States Judge, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on June 13, 2001, to the custody of the Bureau of Prisons for a term of 78 months. The defendant was re-sentenced on a remand on February 18, 2003. He was again sentenced to a term of 78 months in the custody of the Bureau of Prisons. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Kenneth Robert Spring was released from custody on April 13, 2012, at which time the term of supervised release commenced.

On April 4, 2012, the conditions of supervision were modified to include the following additional condition:

3. The defendant shall undergo placement in a residential reentry center for a period of up to 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Kenneth Robert Spring
Docket No. 5:00-CR-168-1F
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been unable to locate employment while at the Residential Reentry Center. We recommend he be given an additional 60 days at the Residential Reentry Center to continue to provide him short-term housing while he continues to look for a job. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

4. The defendant shall undergo placement in a residential reentry center for an additional period of up to 60 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

    Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Van R. Freeman, Jr.
Van R. Freeman, Jr.
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: August 7, 2012

**ORDER OF COURT**

Considered and ordered this 8th day of August, 2012, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge